# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Chief Judge Edward W. Nottingham

Civil Action No. 07-cv-02201-EWN

ZHONGMIN WU,

    Plaintiff,

v.

PETER D. KEISLER, Acting Attorney General of the United States of America, *et al.*,

    Defendants.

## ORDER

The Court, having been advised of the status of this action at a Status Conference held on November 9, 2007, hereby ORDERS the Federal Bureau of Investigation to complete its background checks regarding the plaintiff and to forward the results to United States Citizenship and Immigration Services on or before December 10, 2007.

DATED:  November 14, 2007

                                  BY THE COURT:

                                  s/ Edward W. Nottingham
                                  Chief United States District Judge