**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**DENVER, COLORADO**

CIVIL ACTION NO. 07-cv-02201-EWN

Zhongmin Wu

        Plaintiff

v.

PETER D. KEISLER, Acting Attorney General of the United States of America,
DEPARTMENT OF HOMELAND SECURITY;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services;
ROBERT MATHER, District Director, United States Citizenship and Immigration Service, Denver, Colorado;
ROBERT S. MUELLER, Director, Federal Bureau of Investigation;
FEDERAL BUREAU OF INVESTIGATION; and
THE UNITED STATES OF AMERICA,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Unopposed Motion to Dismiss Complaint" filed December 19, 2007. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 20th day of December, 2007.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        Chief United States District Judge